[No. 48331-9-II.   Division Two.   April 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS GERARDO GOMEZ-ESTEBAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01293-0, Carol Murphy, J., entered October 29, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.

[Nos. 48367-0-II; 48697-1-II.   Division Two.   April 4, 2017.]

DAVID K. BOWERS ET AL., *Respondents*, v. JAMES W. DUNN ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-2-05475-8, Jack F. Nevin, J., entered October 16, 2015. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 48465-0-II.   Division Two.   April 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIL AL-KITAB AL-WALI MU'TAZZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00820-1, Michael E. Schwartz, J., entered January 15, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48466-8-II.   Division Two.   April 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JEREMY FOX, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00645-1, Marilyn K. Haan, J., entered December 24, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Melnick, J.